**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MICHAEL WALKER,** | : | |
| | : | **CIVIL ACTION NO. 3:26-CV-2163** |
| **Plaintiffs,** | : | |
| | : | **(JUDGE MARIANI)** |
| **v.** | : | **(Chief Magistrate Judge Bloom)** |
| | : | |
| **THE CITY OF SCRANTON, *et al.*,** | : | |
| | : | |
| **Defendants.** | : | |

**ORDER**

**AND NOW, THIS** 21st **DAY OF OCTOBER 2026**, upon review of Chief Magistrate Judge Daryl F. Bloom's Report and Recommendation ("R&R") (Doc. 4) and all relevant documents for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The R&R is **ADOPTED** for the reasons set forth therein.
2. The Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**.
3. Plaintiff Michael Walker **SHALL FILE** an amended complaint **no later than 21 days from the date of this Order,** which shall address the pleading deficiencies identified in the R&R. Failure to file an amended complaint may result in dismissal of this action.

Robert D. Mariani
United States District Judge